# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
### No. 22-150V

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
ARNOLD SAITOW,                                 *    Filed: July 5, 2022
                                               *
                Petitioner,                    *    Reissued for Public Availability:
                                               *    August 2, 2022
        v.                                     *
                                               *
SECRETARY OF HEALTH AND                        *
HUMAN SERVICES                                 *
                                               *
                Respondent.                    *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS[1]

This matter was initiated in February 2022. On June 30, 2022, pursuant to Vaccine Rule 21(a), Petitioner filed a notice of intent to withdraw his Petition. *See* Motion, dated June 30, 2022 (ECF No. 14).

Respondent has not filed a Rule 4(c) Report in this case, making dismissal appropriate under Rule 21(a)(1)(A). Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

Brian H. Corcoran
Chief Special Master

---

[1] Pursuant to Vaccine Rule 18(b), this Decision was initially filed on July 5, 2022, and the parties were afforded 14 days to propose redactions. The parties did not propose any redactions. Accordingly, this Decision is reissued in its original form for posting on the court's website.